## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, : | |
| : | |
| Plaintiff, : | |
| : | Civ. No. 10-1067-LPS |
| v. : | |
| : | |
| CHECKPOINT SOFTWARE : | |
| TECHNOLOGIES LTD., CHECKPOINT : | |
| SOFTWARE TECHNOLOGIES, INC. : | |
| McAFEE, INC., SYMANTEC CORP., : | |
| TREND MICRO INC., and TREND : | |
| MICRO, INC. (USA), : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington, this 22nd day of June, 2011, for the reasons set forth in the Memorandum Opinion issued this same date,

**IT IS HEREBY ORDERED THAT:**

Intellectual Ventures I LLC's Motion to Disqualify Wilson Sonsini Goodrich & Rosati as Counsel for Check Point Software Technologies, Inc. and Check Point Software Technologies, LTD (D.I. 55) is GRANTED.

_____
Hon. Leonard P. Stark
UNITED STATES DISTRICT JUDGE