IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES LTD., CHECK POINT SOFTWARE TECHNOLOGIES, INC., McAFEE, INC., SYMANTEC CORP., TREND MICRO INCORPORATED, AND TREND MICRO, INC. (USA),<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§   Case No. 1:10-cv-01067-LPS<br>§<br>§   JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§<br>§ |

**STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE BETWEEN
INTELLECTUAL VENTURES I LLC AND MCAFEE, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), plaintiff and counter-defendant, Intellectual Ventures I LLC, and defendant and counter-claimant, McAfee, Inc. jointly stipulate, and to the extent required move the Court, to dismiss all claims and counterclaims against one another in this action WITH PREJUDICE. This dismissal is pursuant to the terms of an agreement between and among the parties, with each party thereto to bear its own costs, expenses and attorneys' fees. For purposes of clarity, this dismissal applies

\

\

\

\

1

solely to such claims and counterclaims between the plaintiff and counter-claimant, Intellectual Ventures I LLC, and defendant and counter-claimant, McAfee, Inc.

Dated: October 10, 2012

SEITZ ROSS ARONSTAM & MORITZ LLP

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
cseitz@seitzross.com
bjs@seitzross.com

*Attorneys for Defendant and Counter-Claimant, McAfee, Inc.*

OF COUNSEL:

Edward G. Poplawski
Olivia M. Kim
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000

Vernon M. Winters
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Bryan K. Anderson
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff and Counter-Defendant, Intellectual Ventures I LLC*

OF COUNSEL:

Parker C. Folse III (admitted pro hac vice)
Brooke A.M. Taylor (admitted pro hac vice)
Lindsey N. Godfrey (admitted pro hac vice)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880

Richard W. Hess (admitted pro hac vice)
John P. Lahad (admitted pro hac vice)
Weston O'Black (admitted pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366

## ORDER

Based on and pursuant to the above Stipulation and [Proposed] Order, the Court dismisses the claims and counter-claims between the plaintiff and McAfee, Inc. with prejudice, under Fed. R. Civ. P. 41(a)(2) and (c).

Dated: October __, 2012

_____
The Honorable Leonard P. Stark