IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES LTD., CHECK POINT SOFTWARE TECHNOLOGIES, INC., McAFEE, INC., SYMANTEC CORP., TREND MICRO INCORPORATED, AND TREND MICRO, INC. (USA),<br><br>Defendants. | Case No. 1:10-cv-01067-LPS<br><br>JURY TRIAL DEMANDED |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN INTELLECTUAL VENTURES I LLC AND MCAFEE, INC.

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), plaintiff and counter-defendant, Intellectual Ventures I LLC, and defendant and counter-claimant, McAfee, Inc. jointly stipulate, and to the extent required move the Court, to dismiss all claims and counterclaims against one another in this action WITH PREJUDICE. This dismissal is pursuant to the terms of an agreement between and among the parties, with each party thereto to bear its own costs, expenses and attorneys' fees. For purposes of clarity, this dismissal applies

\

\

\

\

solely to such claims and counterclaims between the plaintiff and counter-claimant, Intellectual Ventures I LLC, and defendant and counter-claimant, McAfee, Inc.

Dated: October 10, 2012

| | |
|---|---|
| SEITZ ROSS ARONSTAM & MORITZ LLP | FARNAN LLP |
| /s/ Collins J. Seitz, Jr. | /s/ Brian E. Farnan |
| Collins J. Seitz, Jr. (Bar No. 2237)<br>Benjamin J. Schladweiler (Bar No. 4601)<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>cseitz@seitzross.com<br>bjs@seitzross.com | Joseph J. Farnan, III (Bar No. 3945)<br>Brian E. Farnan (Bar No. 4089)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com |
| *Attorneys for Defendant and Counter-Claimant, McAfee, Inc.* | *Attorneys for Plaintiff and Counter-Defendant, Intellectual Ventures I LLC* |
| OF COUNSEL: | OF COUNSEL: |
| Edward G. Poplawski<br>Olivia M. Kim<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000 | Parker C. Folse III (admitted pro hac vice)<br>Brooke A.M. Taylor (admitted pro hac vice)<br>Lindsey N. Godfrey (admitted pro hac vice)<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>Telephone: (206) 516-3880 |
| Vernon M. Winters<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200 | Richard W. Hess (admitted pro hac vice)<br>John P. Lahad (admitted pro hac vice)<br>Weston O'Black (admitted pro hac vice)<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366 |
| Bryan K. Anderson<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road<br>Building 1<br>Palo Alto, CA 94304<br>Telephone: (650) 565-7000 | |

ORDER

Based on and pursuant to the above Stipulation and [Proposed] Order, the Court dismisses the claims and counter-claims between the plaintiff and McAfee, Inc. with prejudice, under Fed. R. Civ. P. 41(a)(2) and (c).

Dated: October 12th, 2012

_____
The Honorable Leonard P. Stark