IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-1067 (LPS) |
| | ) | |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD.; CHECK POINT SOFTWARE TECHNOLOGIES, INC.; McAFEE, INC.; SYMANTEC CORP.; TREND MICRO INCORPORATED and TREND MICRO, INC. (USA), | ) | |
| | ) | |
| Defendants. | ) | |
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-1581 (LPS) |
| v. | ) | |
| | ) | |
| TREND MICRO INCORPORATED and TREND MICRO, INC. (USA), | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SANCTIONS FOR SPOLIATING EVIDENCE

Defendants Check Point Software Technologies Ltd., Check Point Software Technologies, Inc., Symantec Corp., Trend Micro Incorporated, and Trend Micro, Inc. (USA) (collectively, "Defendants") move for sanctions for spoliation of evidence. The grounds for this motion are set forth in Defendants' Opening Brief, submitted herewith.

| | |
|---|---|
| OF COUNSEL:<br><br>Clement S. Roberts<br>Joseph C. Gratz<br>Brian C. Howard<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br><br>*Attorneys for Check Point Software Technologies Ltd. and Check Point Software Technologies, Inc.*<br><br>Mark A. Flagel<br>Neil Rubin<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071-1560<br>(213) 485-1234<br><br>Dean G. Dunlavey<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA  92626-1925<br>(714) 540-1235<br><br>Andrew J. Fossum<br>LATHAM & WATKINS LLP<br>717 Texas Avenue, 16th Floor<br>Houston, TX  77002<br>(713) 546-7449<br><br>Yury Kapgan<br>Suong Nguyen<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br><br>*Attorneys for Symantec Corporation*<br><br>January 18, 2013 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jack B. Blumenfeld*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Thomas C. Grimm (#1098)<br>Karen Jacobs Louden (#2881)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>302-658-9200<br>jblumenfeld@mnat.com<br>tgrimm@mnat.com<br>klouden@mnat.com<br>mflynn@mnat.com<br><br>*Attorneys for Defendants*<br><br>OF COUNSEL:<br><br>Yar R. Chaikovsky<br>D. Stuart Bartow<br>Daniel K. Greene<br>MCDERMOTT, WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025<br>(650) 815-7400<br><br>David M. Beckwith<br>MCDERMOTT, WILL & EMERY LLP<br>4 Park Plaza, Suite 1700<br>Irvine, CA  92614-2559<br>(949) 851-0633<br><br>*Attorneys for Trend Micro Incorporated and Trend Micro, Inc. (USA)* |

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the Plaintiff and that we have not been able to reach agreement.

_____
Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 18, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III<br>Brian E. Farnan<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Parker C. Folse, III<br>Brooke A.M. Taylor<br>Lindsey N. Godfrey<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John P. Lahad<br>WestOn O'Black<br>Richard W. Hess<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 1500<br>Houston, TX 77002<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

/s/ Jack Blumenfeld
Jack Blumenfeld (#1014)