## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INTELLECTUAL VENTURES I LLC, §

§

Plaintiff, §

§

v. §

§

CHECK POINT SOFTWARE § Case No. 10-cv-1067-LPS
TECHNOLOGIES LTD., CHECK POINT §
SOFTWARE TECHNOLOGIES, INC., § JURY TRIAL DEMANDED
McAFEE, INC., SYMANTEC CORP., §
TREND MICRO INCORPORATED, AND §
TREND MICRO, INC. (USA), §

§

Defendants. §

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN INTELLECTUAL VENTURES I LLC AND CHECK POINT SOFTWARE TECHNOLOGIES INC. AND CHECK POINT SOFTWARE TECHNOLOGIES LTD.

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiff and Counter-Defendant, Intellectual Ventures I LLC, and Defendants and Counter-Claimants, Check Point Software Technologies Inc. and Check Point Software Technologies Ltd., jointly stipulate, and to the extent required move the Court, to dismiss all claims and counterclaims against one another in this action WITH PREJUDICE. This dismissal is pursuant to the terms of an agreement between and among the parties, with each party thereto to bear its own costs, expenses and attorneys' fees. For purposes of clarity, this dismissal applies solely to such claims and counterclaims between the Plaintiff and Counter-Claimant, Intellectual Ventures I LLC, and Defendants and Counter-Claimants, Check Point Software Technologies Inc. and Check Point Software Technologies Ltd.

Dated: April 5, 2013                    Respectfully submitted,

FARNAN LLP                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian E. Farnan                     /s/ Jack B. Blumenfeld
Brian E. Farnan (Bar No. 4089)          Jack B. Blumenfeld (Bar No. 1014)

1

919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff Intellectual Ventures I,
LLC*

Thomas C. Grimm (Bar No. 1098)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
tgrimm@mnat.com

*Attorneys for Defendants Check Point Software
Technologies Inc. and Check Point Software
Technologies Ltd.*

<u>ORDER</u>

Based on and pursuant to the above Stipulation and [Proposed] Order, the Court dismisses the

claims and counter-claims between the Plaintiff and Check Point Software Technologies Inc. and Check

Point Software Technologies Ltd. with prejudice, under Fed. R. Civ. P. 41(a)(2) and (c).

Dated:  April ___, 2013

_____

The Honorable Leonard P. Stark