IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHECK POINT SOFTWARE )<br>TECHNOLOGIES LTD., CHECK POINT )<br>SOFTWARE TECHNOLOGIES, INC., )<br>MCAFEE, INC., SYMANTEC CORP., )<br>TREND MICRO INCORPORATED, and )<br>TREND MICRO, INC. (USA), )<br>)<br>Defendants. ) | C.A. No. 10-1067 (LPS) |
| INTELLECTUAL VENTURES I LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TREND MICRO INCORPORATED, and )<br>TREND MICRO, INC. (USA), )<br>)<br>Defendants. ) | C.A. No. 12-1581 (LPS) |

**[PROPOSED] ORDER**

The Court, having reviewed the parties submissions and conducted a telephonic hearing on April 18, 2013, and finding good cause therefor, hereby Orders that the request of Defendants Symantec and Trend Micro to substitute two prior art references in connection with the '610 patent and one prior art reference with respect to the '155 patent is **GRANTED**.

To accommodate plaintiff's request to conduct additional fact discovery in connection therewith and to supplement its expert report in connection therewith, the Court hereby Orders the following adjustments to the prior Scheduling Orders:

| | |
|---|---|
| Deadline for Document Production Limited to Substituted Prior Art References | May 17, 2013 |
| Deadline for Chen '170 Inventor Depositions (limited to 3.5 hours each) and Third-Party Depositions Relating to the Substituted Prior Art References | May 21, 2013 |
| IV's Supplemental Rebuttal Expert Report Relating to the Substituted Prior Art References | May 24, 2013 |
| Defendants' Reply to Supplemental Rebuttal Expert Report | May 30, 2013 |
| Deadline for 1-hour Supplemental Expert Depositions | June 4, 2013 |
| Deadline for filing all *Daubert* and case dispositive motions | June 14, 2013 |

THE HONORABLE LEONARD P. STARK

7146619