IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-1067 (LPS) |
| | ) |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD.; CHECK POINT SOFTWARE TECHNOLOGIES, INC.; McAFEE, INC.; SYMANTEC CORP.; TREND MICRO INCORPORATED and TREND MICRO, INC. (USA), | ) |
| | ) |
| Defendants. | ) |

**SYMANTEC CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant Symantec Corp. hereby moves for summary judgment. The grounds for Symantec's Motion are set forth in Symantec's Opening Brief, and the accompanying exhibits, filed concurrently herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn
Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
tgrimm@mnat.com
mflynn@mnat.com

*Attorneys for Defendant Symantec Corporation*

OF COUNSEL:

Mark A. Flagel
Dean G. Dunlavey
Neil A. Rubin
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
(213) 485-1234

Yury Kapgan
Suong Nguyen
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000

June 14, 2013
7292955.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 14, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III, Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Parker C. Folse, III, Esquire<br>Brooke A.M. Taylor, Esquire<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101-3000<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| John P. Lahad, Esquire<br>Weston O'Black, Esquire<br>Richard W. Hess, Esquire<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 1500<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Karen Jacobs Louden, Esquire<br>Michael J. Flynn<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Trend Micro Incorporated*<br>*and Trend Micro, Inc. (USA)* | VIA ELECTRONIC MAIL |

2

| | |
|---|---|
| Yar R. Chaikovsky, Esquire<br>D. Stuart Bartow, Esquire<br>Michael F. Martin<br>MCDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025<br>*Attorneys for Trend Micro Incorporated*<br>*and Trend Micro, Inc. (USA)* | *VIA ELECTRONIC MAIL* |
| David M. Beckwith, Esquire<br>MCDERMOTT WILL & EMERY LLP<br>4 Park Plaza, Suite 1700<br>Irvine, CA 92614-2559<br>*Attorneys for Trend Micro Incorporated*<br>*and Trend Micro, Inc. (USA)* | *VIA ELECTRONIC MAIL* |

                */s/ Michael J. Flynn*
                Michael J. Flynn (#5333)