IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-1067 (LPS) |
| | ) |
| CHECK POINT SOFTWARE | ) |
| TECHNOLOGIES LTD.; CHECK POINT | ) |
| SOFTWARE TECHNOLOGIES, INC.; | ) |
| McAFEE, INC.; SYMANTEC CORP.; | ) |
| TREND MICRO INCORPORATED and | ) |
| TREND MICRO, INC. (USA), | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT SYMANTEC CORPORATION'S**
***DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF**
<u>**INTELLECTUAL VENTURES' DAMAGES EXPERT, MICHAEL WAGNER**</u>

Defendant Symantec Corporation ("Symantec") respectfully moves this Court for an order granting its *Daubert* Motion to Exclude the Testimony of Intellectual Ventures I LLC's Damages Expert, Michael Wagner (the "Motion"). The grounds for this Motion are further set forth in Symantec's Brief in Support of its *Daubert* Motion to Exclude the Testimony of Intellectual Ventures' Damages Expert, Michael Wagner, and the accompanying exhibits, filed concurrently herewith.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | /s/ Michael J. Flynn |
|  | Jack B. Blumenfeld (#1014) |
|  | Thomas C. Grimm (#1098) |
|  | Michael J. Flynn (#5333) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899-1347 |
|  | (302) 658-9200 |
|  | jblumenfeld@mnat.com |
| OF COUNSEL: | tgrimm@mnat.com |
|  | mflynn@mnat.com |
| Mark A. Flagel |  |
| Dean G. Dunlavey | *Attorneys for Defendant Symantec* |
| Neil A. Rubin | *Corporation* |
| LATHAM & WATKINS LLP |  |
| 355 South Grand Avenue |  |
| Los Angeles, CA  90071-1560 |  |
| (213) 485-1234 |  |

Yury Kapgan
Suong Nguyen
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000

June 14, 2013
7292929.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 14, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III, Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Parker C. Folse, III, Esquire<br>Brooke A.M. Taylor, Esquire<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| John P. Lahad, Esquire<br>Weston O'Black, Esquire<br>Richard W. Hess, Esquire<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 1500<br>Houston, TX 77002<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Karen Jacobs Louden, Esquire<br>Michael J. Flynn<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Trend Micro Incorporated<br>and Trend Micro, Inc. (USA)* | VIA ELECTRONIC MAIL |

2

Yar R. Chaikovsky, Esquire  *VIA ELECTRONIC MAIL*
D. Stuart Bartow, Esquire
Michael F. Martin
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
*Attorneys for Trend Micro Incorporated*
*and Trend Micro, Inc. (USA)*

David M. Beckwith, Esquire  *VIA ELECTRONIC MAIL*
MCDERMOTT WILL & EMERY LLP
4 Park Plaza, Suite 1700
Irvine, CA  92614-2559
*Attorneys for Trend Micro Incorporated*
*and Trend Micro, Inc. (USA)*

      */s/ Michael J. Flynn*
      Michael J. Flynn (#5333)