IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTELLECTUAL VENTURES I LLC,

§
§
§
Plaintiff,  §  Case No. 10-1067-LPS
§
v.  §
§
§  JURY TRIAL DEMANDED
CHECK POINT SOFTWARE  §
TECHNOLOGIES LTD., et al.,  §
§
Defendants.  §

## IV1'S MOTION TO EXCLUDE SYMANTEC'S EXPERT'S OPINIONS REGARDING AN "INDICATION OF A CHARACTERISTIC" AND RELATED CLAIM TERMS AND "TECHNICALLY RELEVANT" PATENTS

Plaintiff, by and through its undersigned counsel, hereby moves to exclude Symantec's expert's opinions regarding an "indication of a characteristic" and related claim terms and "technically relevant" patents (the "Motion"). The grounds for the Motion are set forth in Plaintiff's opening brief filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Motion and such further relief as the Court deems just and proper.

Dated: June 14, 2013

Respectfully submitted,

FARNAN LLP

/s/Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

Parker C. Folse III (admitted *pro hac vice*)
Brooke A.M. Taylor (admitted *pro hac vice*)
Lindsey N. Godfrey (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone:   (206) 516-3880

2764715v1/012255

pfolse@susmangodfrey.com
btaylor@susmangodfrey.com
lgodfrey@susmangodfrey.com

Richard W. Hess (admitted *pro hac vice*)
Weston O'Black (admitted *pro hac vice*)
John P. Lahad (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone:     (713) 653-7859
rhess@susmangodfrey.com
woblack@susmangodfrey.com
jlahad@susmangodfrey.com

*Attorneys for Plaintiff*

2