IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-1067 (LPS) |
| | ) |
| CHECK POINT SOFTWARE | ) REDACTED - PUBLIC VERSION |
| TECHNOLOGIES LTD.; CHECK POINT | ) |
| SOFTWARE TECHNOLOGIES, INC.; | ) |
| McAFEE, INC.; SYMANTEC CORP.; | ) |
| TREND MICRO INCORPORATED and | ) |
| TREND MICRO, INC. (USA), | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF MICHAEL J. FLYNN
IN SUPPORT OF DEFENDANT SYMANTEC CORPORATION'S
*DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF
INTELLECTUAL VENTURES' DAMAGES EXPERT, MICHAEL WAGNER**

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | Jack B. Blumenfeld (#1014) |
|  | Thomas C. Grimm (#1098) |
|  | Michael J. Flynn (#5333) |
| OF COUNSEL: | 1201 North Market Street |
|  | P.O. Box 1347 |
| Mark A. Flagel | Wilmington, DE  19899-1347 |
| Dean G. Dunlavey | (302) 658-9200 |
| Neil A. Rubin | jblumenfeld@mnat.com |
| LATHAM & WATKINS LLP | tgrimm@mnat.com |
| 355 South Grand Avenue | mflynn@mnat.com |
| Los Angeles, CA  90071-1560 |  |
| (213) 485-1234 | *Attorneys for Defendant Symantec Corporation* |
|  |  |
| Yury Kapgan |  |
| Suong Nguyen |  |
| QUINN EMANUEL URQUHART |  |
| & SULLIVAN, LLP |  |
| 865 S. Figueroa Street, 10th Floor |  |
| Los Angeles, CA  90017 |  |
| (213) 443-3000 |  |

Originally Filed:  June 14, 2013
Redacted Version Filed:  June 21, 2013

I, Michael J. Flynn, declare as follows:

1. I submit this declaration in support of Symantec Corporation's ("Symantec") *Daubert* Motion to Exclude the Testimony of Intellectual Ventures' Damages Expert, Michael Wagner. I am an attorney admitted to practice law in the District of Delaware, an associate at the law firm of Morris, Nichols, Arsht & Tunnel LLP, and counsel of record for Symantec in the above-captioned matter. I have personal knowledge of the facts contained in this declaration, except where indicated on information and belief, and if called upon to do so, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of the Expert Report of Michael J. Wagner dated February 15, 2013.

3. Attached as **Exhibit B** is a true and correct copy of the Corrections and Supplement to Expert Report of Michael J. Wagner dated February 22, 2013.

4. Attached as **Exhibit C** is a true and correct copy of the Second Correction and Supplement to Expert Report of Michael J. Wagner dated March 9, 2013.

5. Attached as **Exhibit D** is a true and correct copy of the Reply Expert Report of Michael J. Wagner dated April 3, 2013.

6. Attached as **Exhibit E** is a true and correct copy of the Errata to Expert Reports of Michael J. Wagner dated April 26, 2013.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from the May 3, 2013 deposition of Michael J. Wagner.

8. Attached as **Exhibit G** is a true and correct copy of excerpts from the November 9, 2012 deposition of Brooks C. Talley.

9. Attached as **Exhibit H** is a true and correct copy of the ▮▮▮▮ Agreement between ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10. Attached as **Exhibit I** is a true and correct copy of excerpts from the May 2, 2013 deposition of Michael J. Wagner.

11. Attached as **Exhibit J** is a true and correct copy of the Settlement Agreement between ███████████████████████████████████

12. Attached as **Exhibit K** is a true and correct copy of the Settlement Agreement between ██████████████████████████████████████████████
██████████

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 14, 2013 in Wilmington, Delaware.

_____
Michael J. Flynn

# ALL EXHIBITS
# HIGHLY CONFIDENTIAL

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 21, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III, Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Parker C. Folse, III, Esquire<br>Brooke A.M. Taylor, Esquire<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101-3000<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| John P. Lahad, Esquire<br>Weston O'Black, Esquire<br>Richard W. Hess, Esquire<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 1500<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Karen Jacobs Louden, Esquire<br>Michael J. Flynn<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Trend Micro Incorporated<br>and Trend Micro, Inc. (USA)* | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Yar R. Chaikovsky, Esquire<br>D. Stuart Bartow, Esquire<br>Michael F. Martin<br>MCDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025<br>*Attorneys for Trend Micro Incorporated<br>and Trend Micro, Inc. (USA)* | *VIA ELECTRONIC MAIL* |
| David M. Beckwith, Esquire<br>MCDERMOTT WILL & EMERY LLP<br>4 Park Plaza, Suite 1700<br>Irvine, CA  92614-2559<br>*Attorneys for Trend Micro Incorporated<br>and Trend Micro, Inc. (USA)* | *VIA ELECTRONIC MAIL* |

          */s/ Michael J. Flynn*
          Michael J. Flynn (#5333)

2