# FARNAN LLP

December 23, 2014

**VIA ELECTRONIC FILING**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Unit 26
Wilmington, DE 19801-3556

    RE:    **Intellectual Ventures I LLC v. Symantec Corporation
             (C.A. 10-cv-1067-LPS)**

Dear Chief Judge Stark,

    In preparation for the trial beginning January 26, 2015, the parties jointly request that, in addition to the materials provided to potential jurors by jury services, the Court supply potential jurors with the attached questionnaire to be returned by potential jurors in advance of trial. We understand Your Honor recently approved a juror questionnaire in *Transcenic, Inc. v. Google, Inc.* (C.A. No. 11-582-LPS).

    The parties are available at the Court's convenience should Your Honor have any questions.

                                                      Respectfully submitted,

                                                      /s/ Brian E. Farnan

                                                      Brian E. Farnan

cc: Counsel of Record (*via* E-Filing)