IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§ Case No. 10-cv-1067-LPS<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§ **FILED UNDER SEAL**<br>§<br>§ |

**DECLARATION OF RICHARD W. HESS IN SUPPORT OF
INTELLECTUAL VENTURES' MOTION FOR ENTRY OF JUDGMENT**

I, Richard W. Hess, declare:

1.　　I am an attorney in the law firm of Susman Godfrey L.L.P., counsel for Plaintiff Intellectual Ventures I LLC in the above-captioned action. I am admitted to practice before this Court *pro hac vice*, and submit this declaration In Support of Intellectual Ventures' Motion for Entry of Judgment.

2.　　Attached as Exhibit A is a true and correct copy of excerpts from the March 20, 2013 Rebuttal Expert Report Regarding Damages Specific to Symantec of W. Christopher Bakewell.

3.　　Attached as Exhibit B is a true and correct copy of excerpts from the February 13, 2013 Expert Report of Michael J. Wagner.

4.　　Attached as Exhibit C is a true and correct copy of the February 20, 2015 Declaration of Michael J. Wagner.

5.　　Attached as Exhibit D is a true and correct copy of the June 28, 2004 Symantec Press Release, "Symantec Brightmail Anti-Spam Version 6.0 Delivers Next Generation Spam-Fighting Power and Control to Enterprises".

6. Attached as <u>Exhibit E</u> is a true and correct copy of the November 17, 2008 Press Release, "Symantec Completes Acquisition of MessageLabs".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of February, 2015.

/s/Richard W. Hess
Richard. W. Hess
