IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 10-1067 (LPS) |
| ) | |
| SYMANTEC CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PATENT INVALIDITY UNDER 35 U.S.C. § 101

Defendant Symantec Corporation ("Symantec") hereby moves for judgment pursuant to Rule 52(c) that all patent claims asserted by Intellectual Ventures I LLC at trial are invalid for failure to claim patent-eligible subject matter under 35 U.S.C. § 101. The grounds for this motion are set forth in Symantec's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

_____
Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
tgrimm@mnat.com
mflynn@mnat.com
kjacobs@mnat.com

*Attorneys for Defendant Symantec Corporation*

OF COUNSEL:

Dean G. Dunlavey
Joseph H. Lee
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
(714) 540-1235

Douglas E. Lumish
Jeffrey G. Homrig
Michelle P. Woodhouse
Brett M. Sandford
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025-1008
(650) 328-4600

Neil A. Rubin
Kathy Yu
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
(213) 485-1234

Michael J. Gerardi
Robert J. Gajarsa
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
(202) 637-1019

March 13, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 13, 2015, upon the following individuals in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III<br>Brian E. Farnan<br>FARNAN LLP<br>919 N. Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Parker C. Folse III<br>Brooke A.M. Taylor<br>Lindsey N. Godfrey<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101-3000<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John P. Lahad<br>Weston O'Black<br>Richard W. Hess<br>Max L. Tribble<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Karen Jacobs*
Karen Jacobs (#2881)