# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, :<br>　　　　　　Plaintiff, :<br>　　v. :　　　　　　　　　　C.A. No. 10-1067-LPS<br>SYMANTEC CORPORATION, :<br>　　　　　　Defendant. : | |

## ORDER

At Wilmington this **22nd** day of **April, 2015**:

For the reasons set forth in the Memorandum Opinion issued this same date,

IT IS HEREBY ORDERED that:

1.　　Defendant Symantec Corporation's ("Symantec") Motion for Patent Invalidity Under 35 U.S.C. § 101 of U.S. Patent Nos. 6,460,050 (the "'050 patent"), 6,073,142 (the "'142 patent"), and 5,987,610 (the "'610 patent") (D.I. 698) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

　　a.　　Symantec's motion under Rule 52(c) for patent invalidity of the '050 and '142 patents due to lack of patentable subject matter is **GRANTED**.

　　b.　　Symantec's motion under Rule 52(c) for patent invalidity of the '610 patent due to lack of patentable subject matter is **DENIED**.

2.　　The parties shall meet and confer and submit a joint status report, including their proposal(s) for further proceedings and/or order(s), no later than **April 27, 2015**.

_____
UNITED STATES DISTRICT JUDGE