IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-1067 (LPS) |
| | ) | |
| SYMANTEC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**SYMANTEC CORPORATION'S MOTION UNDER RULE 50(B)
FOR JUDGMENT AS A MATTER OF LAW ON NONINFRINGEMENT,
INVALIDITY, AND DAMAGES FOR U.S. PATENT NO.  5,987,610**

Defendant Symantec Corporation ("Symantec") respectfully moves under Federal Rule of Civil Procedure 50(b) for judgment as a matter of law that (i) Intellectual Ventures I LLC is not entitled to any damages other than nominal damages; (ii) Symantec does not infringe claim 7 of U.S. Patent No. 5,987,610 (the "'610 patent"); and (iii) claim 7 of the '610 patent is invalid as anticipated or obvious.  The grounds for this motion are set forth in Symantec's Opening Brief, submitted herewith.

Pursuant to the Court's Non-Final Judgment entered on June 8, 2015 (D.I. 741), Symantec expressly reserves all rights to move for judgment as a matter of law under Fed. R. Civ. P. 50, or move to alter or amend judgment or move for a new trial under Fed. R. Civ. P.  59, with respect to the jury's verdict for the asserted claims of U.S. Patent Nos. 6,460,050 and 6,973,142, should the Court's final judgment invalidating those patents be vacated or amended on appeal.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____

Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
tgrimm@mnat.com
mflynn@mnat.com
kjacobs@mnat.com

*Attorneys for Defendant Symantec Corporation*

OF COUNSEL:

Dean G. Dunlavey
Joseph H. Lee
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
(714) 540-1235

Douglas E. Lumish
Jeffrey G. Homrig
Michelle P. Woodhouse
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Neil A. Rubin
Kathy Yu
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
(213) 485-1234

Michael J. Gerardi
Robert J. Gajarsa
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
(202) 637-1019

July 6, 2015
9285393

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 6, 2015, upon the following in the manner indicated:

Joseph J. Farnan, III, Esquire                          *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Parker C. Folse, III, Esquire                           *VIA ELECTRONIC MAIL*
Brooke A.M. Taylor, Esquire
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
*Attorneys for Plaintiff*

John P. Lahad, Esquire                                  *VIA ELECTRONIC MAIL*
Weston O'Black, Esquire
Richard W. Hess, Esquire
Max L. Tribble, Esquire
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 1500
Houston, TX  77002
*Attorneys for Plaintiff*

*/s/ Michael J. Flynn*

_____

Michael J. Flynn (#5333)