

March 18, 2016

<u>Via E-File</u>
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Unit 26
Wilmington, DE 19801-3556

      RE:    <u>**Intellectual Ventures I LLC v. Symantec Corp.,**</u>
               <u>**(C.A. No. 10-cv-1067-LPS)**</u>

Dear Chief Judge Stark:

      Pursuant to Plaintiff Intellectual Ventures I LLC's statement in the Joint Status Report filed yesterday (D.I. 767 at 2, n. 2), attached as Exhibit 1, please find the updated supporting declaration from Mr. Michael J. Wagner demonstrating the proper amount of pre-judgment interest in the proposed Final Judgment.

      We are available at the Court's convenience should Your Honor have any questions.

                                    Respectfully submitted,

                                    /s/ Michael J. Farnan

                                    Michael J. Farnan

cc: Counsel of Record (Via E-Filing)