OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall C. Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

March 7, 2024

**VIA REGULAR MAIL & CM/ECF**

**Joseph James Farnan , III**
**Farnan LLP**
**919 North Market Street**
**12th Floor**
**Wilmington, DE 19801**

      RE:    **Intellectual Ventures I LLC v. Symantec Corporation et al.**
                 CA. 1:10-cv-01067-LPS

Dear Counsel:

    The Clerk's Office is returning and/or disposing of exhibits located in its storage area in accordance with the Court's Local Rule 79.1 (b)(2).

    Presently we have the following**: (2 Boxes)** of Plaintiffs' admitted trial exhibits in the above-mentioned case to return to you. Please contact the undersigned to schedule pick-up of these exhibits or disposal.

    ***Please advise me no later than 04/07/2024, whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent.***

    Please contact Vivian Mena at 302-573-6136 to arrange pick-up of exhibits. We will prepare the exhibits for your retrieval and contact you when they are ready for pick-up.

                                               Sincerely,

                                               By: s/_____

                                             Deputy Clerk